OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS   FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

4/17/2015

BENNETT, CHAD RAY                    Tr. Ct. No. 29,345

The appellant's pro se petition for discretionary review has this day been received and filed.

COA No. 06-14-00050-CR
PD-0421-15

Abel Acosta, Clerk

6TH COURT OF APPEALS CLERK
DEBBIE AUTREY
100 N. STATE LINE AVE.
TEXARKANA, TX  75501-5666
* DELIVERED VIA E-MAIL *